UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

    Plaintiff,

v.                                                                                            Civ. No. 15-863 KG/GJF

ALLSUP'S CONVENIENCE STORES, INC.,

    Defendant.

## SECOND ORDER EXTENDING DEADLINES

THIS MATTER is before the Court upon Plaintiff's "Unopposed Joint Motion to Extend the Time for Filing a Motion to Compel Discovery" ("Motion") [ECF No. 39]. Having reviewed the record, noting the concurrence of the parties, and otherwise being fully advised, the Court finds the Motion is well-taken and that it should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff shall have until **November 15, 2016**, to file a motion to compel in connection with Defendant's Responses to Plaintiff's First Set of Interrogatories and Requests for Production of Documents.

**IT IS SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE